# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158078(29)

BRENDA R. WHITE,
　　　　Plaintiff-Appellant,

v

EDS CARE MANAGEMENT LLC, and
TRAVELERS INDEMNITY COMPANY,
　　　　Defendants-Appellees.
_____/

SC: 158078
COA: 342657
MCAC: 17-000015

　　　On order of the Chief Justice, the motion of plaintiff-appellant to waive filing fees is DENIED. In accordance with this Court's orders in No. 157197, *White v Southeast MI Surgical Hosp*, and No. 157199, *White v OL Matthews, MD*, the plaintiff-appellant is not entitled to a waiver of the filing fee. The plaintiff-appellant must pay the filing fee within 28 days of the date of this order or the application for leave to appeal will be administratively dismissed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2018



Clerk